UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **04 CR 1 0 0 0 8 MLW** |
| ) | CRIMINAL NO. |
| v. ) | |
| ) | VIOLATIONS: |
| MARIO RUDOLFO CONTRERAS- ) | 8 U.S.C. § 1326 |
| PALACIOS ) | Unlawful Reentry of |
| a/k/a Oscar Rawley ) | Deported Alien |

### INDICTMENT

**COUNT ONE:**  (8 U.S.C. § 1326–Unlawful Reentry of Deported Alien)

The Grand Jury charges that:

On or about December 10, 2003, at Boston, in the District of Massachusetts,

**MARIO RUDOLFO CONTRERAS-PALACIOS**
**a/k/a Oscar Rawley,**

defendant herein, being an alien and having been excluded, removed and deported from the United States, was found in the United States without having received the express consent of the United States Attorney General prior March 1, 2003, or the express consent of the Secretary of the Department of Homeland Security since that date, to reapply for admission to the United States.

All in violation of Title 8, United States Code, Sections 1326(a) and (b) and Title 6, United States Code, Section 202(3) and (4) and Section 557.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
John T. McNeil
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; January 14, 2004

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

1-14-04 at 1:00 pm