UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. 04-10008-MLW |
| v. ) | |
| ) | VIOLATION: |
| MARIO RUDOLFO CONTRERAS- ) | 8 U.S.C. § 1326 |
| PALACIOS ) | Unlawful Reentry of |
| a/k/a Oscar Rawley ) | Deported Alien |

## JOINT MOTION TO EXCLUDE TIME

The United States of America and the defendant, MARIO RUDOLFO CONTRERAS-PALACIOS, respectfully submit this Joint Motion to Exclude Time from the Speedy Trial Act calculation. An Initial Status Conference was held on March 9, 2004. At that conference, the defendant requested until May 5, 2004, to complete his review of the discovery and to file dispositive motions. A Final Status Conference is scheduled for May 6, 2004, at 2:15 p.m. The parties respectfully request that the period between the Initial Status Conference and the Final Status Conference be excluded from the Speedy Trial Act calculation, and submit that such an exclusion serves the interests of justice in this matter.

MARIO R. CONTRERAS-PALACIOS            MICHAEL J. SULLIVAN
By His Attorney                         United States Attorney


_____   By:  _____
LEO SOROKIN                            JOHN T. McNEIL
Federal Defender Office                Assistant U.S. Attorney
408 Atlantic Avenue, 3rd Floor         U.S. Courthouse
Boston, MA 02210                       1 Courthouse Way, Suite 9200
(617) 223-8061                         Boston, MA 02210
                                       (617) 748-3242

DATE: March 11, 2004