```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )
        v.                      )    CRIMINAL NO. 04-10008-MLW
                                )
MARIO CONTRERAS-PALACIOS        )
```

ASSENTED-TO MOTION TO CONTINUE STATUS CONFERENCE

Defendant moves this Court to continue the status conference scheduled for May 6th until June 17, 2004 at 2:30 p.m. As grounds for this motion counsel states the additional time is required to conclude his review of the discovery and conclude his investigation into issues in the case. Defendant requests the exclusion of time under the Speedy Trial Act from the Conference date today through and including the date of the rescheduled conference as in the interests of justice.

AUSA John McNeil has stated his assent to this motion.

```
                                MARIO CONTRERAS-PALACIOS
                                By his attorney,


                                /s/ Leo Sorokin
                                  B.B.O. # 559702
                                Federal Defender Office
                                408 Atlantic Avenue, 3rd Floor
                                Boston, MA  02110
                                Tel: 617-223-8061
```

CERTIFICATE OF SERVICE

I, Leo T. Sorokin, hereby certify that a true copy of the above document was served upon Assistant United States Attorney John McNeil by delivery on May 5, 2004.

```
                                Leo T. Sorokin
```