UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NO. 04-10008-MLW |
| v. | ) | |
| | ) | VIOLATION: |
| MARIO RUDOLFO CONTRERAS- | ) | 8 U.S.C. § 1326 |
| PALACIOS | ) | Unlawful Reentry of |
| a/k/a Oscar Rawley | ) | Deported Alien |

**JOINT MOTION FOR CONTINUANCE AND TO EXCLUDE TIME**

The United States of America and the defendant, MARIO RUDOLFO CONTRERAS-PALACIOS, respectfully submit this Joint Motion to continue the final status conference currently scheduled for June 17, 2004, and to exclude time from the Speedy Trial Act calculation. The parties have engaged in but have yet to complete discussions regarding the resolution of this matter in the absence of trial. The parties believe that an additional two weeks will permit counsel to resolve outstanding issues. Therefore, the parties request that the final status conference be scheduled on June 29, 2004, or June 30, 2004, and request that the Court exclude all time between June 17, 2004 and the date of the rescheduled final status conference.

| | |
|---|---|
| MARIO R. CONTRERAS-PALACIOS | MICHAEL J. SULLIVAN |
| By His Attorney | United States Attorney |
| | |
| /s/ by John T. McNeil_____ | By: /s/ John T. McNeil_____ |
| LEO SOROKIN | JOHN T. McNEIL |
| Federal Defender Office | Assistant U.S. Attorney |
| 408 Atlantic Avenue, 3rd Floor | U.S. Courthouse |
| Boston, MA 02210 | 1 Courthouse Way, Suite 9200 |
| (617) 223-8061 | Boston, MA 02210 |
| | (617) 748-3242 |

DATE: June 16, 2004