UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10008-MLW |
| | ) | |
| MARIO CONTRERAS-PALACIOS | ) | |

<u>ASSENTED-TO MOTION TO CONTINUE STATUS CONFERENCE</u>

Defendant moves this Court to continue the status conference scheduled for October 6th to Friday, November 5 at 10:30 a.m.  As grounds for this motion counsel states the additional time is required to conclude his consultation with his client and review of the issues in the case.  Defendant requests the exclusion of time under the Speedy Trial Act from the Conference date today through and including November 5 as in the interests of justice.

AUSA John McNeil has stated his assent to this motion.

MARIO CONTRERAS-PALACIOS
By his attorney,


Leo T. Sorokin
/s/ Leo Sorokin
  B.B.O. # 559702
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061