UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10008-MLW |
| | ) | |
| MARIO CONTRERAS-PALACIOS | ) | |

<u>ASSENTED-TO MOTION TO CONTINUE STATUS CONFERENCE</u>

Defendant moves this Court to continue the status conference scheduled for November 5th to November 8th at 3:00 p.m.  As grounds for this motion counsel states the additional time is required to allow the Court to consider counsel's motion to withdraw.  Counsel requests the exclusion of the time from today until Monday as in the interests of justice.

AUSA John McNeil has stated his assent to this motion.

                                      MARIO CONTRERAS-PALACIOS
                                      By his attorney,

                                      Leo T. Sorokin
                                      /s/ Leo T. Sorokin
                                        B.B.O. # 559702
                                      Federal Defender Office
                                      408 Atlantic Avenue, 3rd Floor
                                      Boston, MA  02110
                                      Tel: 617-223-8061