UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.          )<br>)<br>MARIO CONTRERAS-PALACIOS )  | CRIMINAL NO. 04-10008-MLW |

## MOTION TO WITHDRAW

Undersigned counsel requests leave to withdraw and asks the Court to appoint successor counsel. As grounds, counsel states that irreconcilable differences have arisen between counsel and the defendant.

```
                              MARIO CONTRERAS-PALACIOS
                              By his attorney,


                              Leo T. Sorokin
                              /s/ Leo T. Sorokin
                                B.B.O. # 559702
                              Federal Defender Office
                              408 Atlantic Avenue, 3rd Floor
                              Boston, MA  02110
                              Tel: 617-223-8061
```