UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. 04-10008-MLW |
| v. ) | |
| ) | VIOLATION: |
| MARIO RUDOLFO CONTRERAS- ) | 8 U.S.C. § 1326 |
| PALACIOS ) | Unlawful Reentry of |
| a/k/a Oscar Rawley ) | Deported Alien |

JOINT MOTION TO EXCLUDE TIME

The United States of America and the defendant, MARIO RUDOLFO CONTRERAS-PALACIOS, respectfully submit this Joint Motion to Exclude Time from the Speedy Trial Act calculation. An Interim Status Conference was held on November 8, 2004. At that conference, the defendant requested until November 22, 2004, to consider whether to resolve this matter without a trial. A Final Status Conference is scheduled for November 22, 2004, at 11:00 a.m. The parties respectfully request that the period between the Interim Status Conference and the Final Status Conference be excluded from the Speedy Trial Act calculation, and submit that such an exclusion serves the interests of justice in this matter.

| | |
|---|---|
| MARIO R. CONTRERAS-PALACIOS | MICHAEL J. SULLIVAN |
| By His Attorney | United States Attorney |
| | |
| /s/ Leo Sorokin | By: /s/ John T. McNeil |
| LEO SOROKIN | JOHN T. McNEIL |
| Federal Defender Office | Assistant U.S. Attorney |
| 408 Atlantic Avenue, 3rd Floor | U.S. Courthouse |
| Boston, MA 02210 | 1 Courthouse Way, Suite 9200 |
| (617) 223-8061 | Boston, MA 02210 |
| | (617) 748-3242 |

DATE: November 10, 2004