UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NO. 04-10008-MLW |
| v. | ) | |
| | ) | VIOLATION: |
| MARIO RUDOLFO CONTRERAS-PALACIOS | ) | 8 U.S.C. § 1326 |
| | ) | Unlawful Reentry of |
| a/k/a Oscar Rawley | ) | Deported Alien |

### JOINT MOTION TO EXCLUDE TIME

The United States of America and the defendant, MARIO RUDOLFO CONTRERAS-PALACIOS, respectfully submit this Joint Motion to Exclude Time from the Speedy Trial Act calculation. A Final Status Conference was held on November 22, 2004. At that conference, the defendant requested that the matter be forwarded to the district court for trial. The parties respectfully request that the period between the Final Status Conference and December 10, 2004, be excluded from the Speedy Trial Act calculation, as defense counsel will be on trial in another matter during that period. The parties submit that such an exclusion serves the interests of justice in this matter.

| | |
|---|---|
| MARIO R. CONTRERAS-PALACIOS<br>By His Attorney | MICHAEL J. SULLIVAN<br>United States Attorney |
| /s/ Leo Sorokin<br>LEO SOROKIN<br>Federal Defender Office<br>408 Atlantic Avenue, 3rd Floor<br>Boston, MA 02210<br>(617) 223-8061 | By: /s/ John T. McNeil<br>JOHN T. McNEIL<br>Assistant U.S. Attorney<br>U.S. Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>(617) 748-3242 |

DATE: November 23, 2004