*UNITED STATES DISTRICT COURT*
*DISTRICT OF MASSACHUSETTS*

Criminal No. 04-10008-MLW

UNITED STATES OF AMERICA

v.

MARIO RUDOLFO
CONTRERAS-PALACIOS
a/k/a Oscar Rawley

***FINAL STATUS REPORT***

November 30, 2004

**BOWLER, Ch.U.S.M.J.**

     The following status of the above-entitled case is hereby reported to the district judge to whom this case is assigned, to wit:

     1. The Indictment in the above-entitled case, which charges the defendant with unlawful reentry of a deported alien, was returned on January 14, 2004;

     2. The defendant was arraigned on the Indictment on January 21, 2004;

     3. The defendant is in custody on the charges;

4. At the time of arraignment, the attorney for the government estimated that the government will call approximately five to six witnesses and that the trial will last approximately two days;

5. Defense counsel has indicated that case will be resolved by way of a trial;

6. As of the date of this Final Status Report, time has been excluded through December 10, 2004;

7. This case is hereby returned to the district judge to whom this case is assigned.

      /s/   Marianne B. Bowler
**MARIANNE B. BOWLER**
Chief United States Magistrate Judge