UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES** | **CRIMINAL CASE** |
| | **NO. 04-10008-MLW** |
| V. | |
| **MARIO RUDOLFO CONTRERAS-PALACIOS** | |
| Defendant(s) | |

### NOTICE OF HEARING

**WOLF, D.J.**

PLEASE TAKE NOTICE that the above-titled case has been set for an INITIAL PRE-TRIAL CONFERENCE on <u>DECEMBER 14, 2004</u> at 3:30 P.M. before Judge Wolf in Courtroom # 10 on the 5th floor.

TONY ANASTAS
CLERK OF COURT

**December 7, 2004**      By:   /s/ Dennis O'Leary
    Date                             Deputy Clerk

**Notice to:**
(crim-notice.wpd - 7/99)                    [ntchrgcnf.]
                                                                                                                                                 [kntchrgcnf.]