UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. 04-10008-MLW |
| v.  ) | |
| ) | VIOLATION: |
| MARIO RUDOLFO CONTRERAS-  ) | 8 U.S.C. § 1326 |
| PALACIOS  ) | Unlawful Reentry of |
| a/k/a Oscar Rawley  ) | Deported Alien |

**JOINT MOTION TO EXCLUDE TIME**

The United States of America and the defendant, MARIO RUDOLFO CONTRERAS-PALACIOS, respectfully submit this Joint Motion to Exclude Time from the Speedy Trial Act calculation. The government moved to detain the defendant at his initial appearance on January 15, 2004. That day, the parties sought to continue the matter until January 21, 2004, and understood the time between January 15, 2004 through January 21, 2004, to be excluded from the Speedy Trial Act calculation because the government's motion was pending. In addition, at the defendant's arraignment on January 21, 2004, the defendant opted for automatic discovery under the Local Rules. The parties therefore agreed that 28 days from the date of the arraignment would be excluded from the Speedy Trial Act calculation. Therefore the parties respectfully request that the Court enter an order excluding from the Speedy Trial Act calculation all time from January 15, 2004, through and including February 18, 2004.

| | |
|---|---|
| MARIO R. CONTRERAS-PALACIOS | MICHAEL J. SULLIVAN |
| By His Attorney | United States Attorney |
| | |
| /s/ J.T. McNeil for | By: /s/ John T. McNeil |
| LEO SOROKIN | JOHN T. McNEIL |
| Federal Defender Office | Assistant U.S. Attorney |
| 408 Atlantic Avenue, 3rd Floor | U.S. Courthouse |
| Boston, MA 02210 | 1 Courthouse Way, Suite 9200 |
| (617) 223-8061 | Boston, MA 02210 |
| | (617) 748-3242 |

DATE: December 14, 2004