UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR04-10008

| United States | Mario Rudolfo Contreras-Palacios |
|---|---|
| PLAINTIFF | DEFENDANT |
| John McNeil | Leo Sorokin |
| Paul Moore | |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE  Wolf            CLERK   O'Leary            REPORTER  Twomey

CLERK'S NOTES

| DATES: | Initial Pre-trial Conference |
|---|---|
| 12/14/04 | Court allows joint motion to exclude time from January 15, 2004 through February 18, 2004 (docket no. 16). |
| | Court schedules the case for trial on January 10, 2004. |
| | Pre-trial procedural order to issue |

Case 1:04-cr-10008-MLW    Document 17    Filed 12/14/2004    Page 2 of 2