UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.        )<br>)<br>MARIO RUDOLFO CONTRERAS-    )<br>PALACIOS    )<br>a/k/a Oscar Rawley    ) | CRIMINAL NO. 04-10008-MLW |

MOTION TO WITHDRAW APPEARANCE

The undersigned Assistant United States Attorney respectfully submits this motion to withdraw as counsel for the United States of America in this matter. As reason therefore, Assistant United States Attorney Paul Moore has been reassigned this matter and will represent the United States from this point forward.

                                                                Respectfully submitted,

                                                                MICHAEL J. SULLIVAN
                                                               United States Attorney

Date: December 15, 2004                        By: /s/ John T. McNeil
                                                                JOHN T. MCNEIL
                                                                Assistant U.S. Attorney