UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>MARIO RUDOLFO CONTRERAS- )<br>PALACIOS, )<br>a/k/a Oscar Rawley )<br>) | CRIMINAL NO. 04-10008-MLW |

## NOTICE OF APPEARANCE OF PAUL R. MOORE

Please enter and add the appearance of Assistant U.S. Attorney Paul R. Moore for the United States of America in the above-captioned matter.

           Respectfully submitted,

           MICHAEL J. SULLIVAN
           United States Attorney

      By:   /s/ Paul R. Moore
              PAUL R. MOORE
              Assistant U.S. Attorney
              1 Courthouse Way, Suite 9200
              Boston, MA 02210
Date: December 16, 2004              (617) 748-3100

## CERTIFICATE OF SERVICE

Suffolk, ss.                                      Boston, Massachusetts
                                                December 16, 2004

    I, Paul R. Moore, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing on Defendant's Counsel, Leo Sorokin, Esq., by leaving a copy of same at the U.S. Attorney's Reception Desk for pick up by the Federal Defenders' Office.

                                                  /s/ Paul R. Moore
                                                 PAUL R. MOORE