UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10008-MLW |
| | ) | |
| MARIO CONTRERAS-PALACIOS | ) | |

COUNSEL'S REPORT TO COURT RE: NON-TRIAL DISPOSITION

    Pursuant to the Court's Order at the Pre-Trial Conference held on Tuesday December 14, 2004, undersigned counsel met with the defendant with the assistance of a federally certified Spanish speaking translator. The defendant has decided to proceed with the trial.

    MARIO CONTRERAS-PALACIOS
By his attorney,


/s/ Leo T. Sorokin
Leo T. Sorokin
 B.B.O. # 559702
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061