```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA      )
                              )
     v.                       )    CRIMINAL NO. 04-10008-MLW
                              )
MARIO CONTRERAS-PALACIOS      )
```

ASSENTED-TO MOTION TO CONTINUE DATE FOR FILING MOTIONS IN LIMINE

    Defendant moves this Court to continue the deadline for filing his Motions in Limine from December 22, 2004 until December 27, 2004. As grounds for this motion counsel states the additional time is required to enable him to review the Government's recent filings and consult with his detained client.

    AUSA Paul Moore has stated his assent to this motion.

```
                              MARIO CONTRERAS-PALACIOS
                              By his attorney,


                              /s/ Leo T. Sorokin
                              Leo T. Sorokin
                                B.B.O. # 559702
                              Federal Defender Office
                              408 Atlantic Avenue, 3rd Floor
                              Boston, MA  02110
                              Tel: 617-223-8061
```