UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10008-MLW |
| | ) | |
| MARIO CONTRERAS-PALACIOS | ) | |

<u>DEFENDANT'S MOTION FOR JUROR QUESTIONNIARE</u>

Defendant respectfully moves, pursuant to Fed. R. Crim. P. 24(a), that in an effort to obtain a fair and impartial jury, this Court utilize the juror questionnaire (only two questions) which addresses potential juror bias towards immigration offenses and aliens.  Addendum A.

The defendant further moves that this Court ask the questions of the venire set forth in his proposed voir dire and then follow up with individual questioning of the venire where warranted based on juror's answers to the questionnaire and to this Court's general questions.

If the Court does not allow defendant's motion for a juror questionnaire, defendant requests that the Court conduct an individualized examination of the prospective jurors on the question of their attitudes toward immigration offenses and aliens.

        MARIO CONTRERAS-PALACIOS
        By his attorney,


        /s/ Leo T. Sorokin
        Leo T. Sorokin
          B.B.O. # 559702
        Federal Defender Office
        408 Atlantic Avenue, 3rd Floor
        Boston, MA  02110
        Tel: 617-223-8061

Juror Number _____

## General Instructions for Completing Questionnaire

\_\_\_\_\_This questionnaire is being used to assist in jury selection in the case of <u>United States of America v. Mario Contreras-Palacios</u>.

Please answer both questions below completely and truthfully. Your answers will be used only for the purpose of selecting a jury in this case. There are no right or wrong answers to these questions. Please keep in mind that you are answering these questions under oath and must be truthful.

1. There is an allegation that Mr. Contreras-Palacios returned to the United States after he had been deported. The fact that this case involves an allegation of violation of immigration laws does not mean that it is deserving of a higher or lower standard of proof. Would you treat this case differently than any other criminal case?

_____

_____

2. There is an allegation that Mr. Contreras-Palacios is not a citizen of the United States. Would you treat him differently from any other person?

_____

_____