```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )
         v.                     )    CRIMINAL NO. 04-10008-MLW
                                )
MARIO CONTRERAS-PALACIOS        )
```

### DEFENDANT'S REQUESTED
### VOIR DIRE OF PROSPECTIVE JURORS

Defendant, Contreras-Palacios, respectfully moves, pursuant to Fed. R. Crim. P. 24(a), that this Court conduct the following examination of prospective jurors. Defendant reserves the right to amend or supplement this request before trial.

**A. Indictment and Legal Principles**

1. Mr. Contreras-Palacios is charged by means of an indictment with being in the United States without legal permission after having been deported. An indictment is just a formal way for the government to bring these allegations before the Court. It is not evidence of guilt. Do you have any opinions as to the guilt or innocence of the defendant based on the mere fact that he is named in this indictment?

2. Mr. Contreras-Palacios is presumed innocent as he sits before you here today. This means that if I were to ask you right now to render a verdict, your verdict would be not guilty. Do you have any reservations at all about your ability to presume him innocent?

3.  Mr. Contreras-Palacios is presumed innocent unless the government proves to each member of the jury that he is guilty, beyond a reasonable doubt, of the charges in the Indictment.  If the government fails to convince each juror beyond a reasonable doubt, Mr. Contreras-Palacios must be found not guilty.  Do you question or doubt in any way your ability to accept the presumption of innocence?  Do you question or doubt in any way your ability to hold the government to its burden of proof?  Would you have any hesitation in acquitting Mr. Contreras-Palacios if you were not persuaded beyond a reasonable doubt that he was guilty of the charges in the indictment?

4.  Do you feel that Mr. Contreras-Palacios must now come forward to prove he is not guilty because he is named in this indictment?

5.  The presumption of innocence means that the defendant does not have to prove his innocence.  If the defense does not present any witnesses of its own, but relies solely on the cross-examination of Government witnesses, would you hold the defendant's silence against him?  Would that cause you to conclude that the defendant is guilty?

6.  Have you read or heard anything about the charge against Mr. Contreras-Palacios?

    7.   Is there anything about this charge that would make it difficult for you to be impartial?  Is there anything about this charge that would make it difficult for you to sit on the jury in this case?

**B.  BIAS OR PREJUDICE**

    1.   In this case you will hear evidence that Mr. Contreras-Palacios has been deported from the United States and that Mr. Contreras-Palacios has been found in the United States after he was deported.  Is there anything about either of this crime charged or this evidence that would make it difficult for you to be fair and impartial in evaluating the evidence in this case?

    2.   Do you have any feelings or opinions about foreigners or aliens that would make it difficult for you to be impartial in evaluating the evidence in this case?

    3.   Do you have any feelings or opinions about allegations of immigration crimes that would make it difficult for you to be impartial in evaluating the evidence in this case?

    4.   Do you have any feelings or opinions about Hispanic or Latin American people that would make it difficult for you to be impartial in evaluating the evidence in this case?

    5.   Has anything you have heard, read, or seen regarding illegal immigrants affected you in any way that would prevent you from deciding this case solely upon the evidence produced at trial?

6. Is there anything about the crime charged that would make it difficult for you to be fair and impartial in evaluating the evidence in this case?

**C.  CONNECTION WITH LAW ENFORCEMENT**

1. Have you or has anyone in your family or a close friend worked for a Police Department, Sheriff's Office, prosecutor's or district attorney's office or any other law enforcement agency, local, state or federal police or law enforcement agency (state and/or federal)?

2. Have you or has any member of your family or a close friend ever worked as a private investigator?

**D.  PREVIOUS JURY EXPERIENCE**

1. Have you served on a jury before?

2. Was it a jury in a criminal or civil case?

3. (If the prior service was in a criminal case) Did you reach a verdict?

**E.   GENERAL ISSUES**

1. Do you know of any reason why you might not be able to evaluate the evidence in this case fairly and objectively?

2. Do you know of any reason why it would be inappropriate or difficult for you to be a juror in this case?

MARIO CONTRERAS-PALACIOS
By his attorney,


/s/ Leo T. Sorokin
Leo T. Sorokin
  B.B.O. # 559702
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061
