UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10008-MLW |
| | ) | |
| MARIO CONTRERAS-PALACIOS | ) | |

DEFENDANT'S TRIAL BRIEF AND MOTION IN LIMINE

Defendant files this Trial Brief and Omnibus Motion in Limine to address legal issues defendant anticipates will arise during the trial.

1. Government Exhibit 3

Exhibit 3[1] is essentially a police report of the ICE agent's initial interview with the defendant. As such the document is inadmissible hearsay. In addition, the report is not relevant.

2. Government Exhibit 9

To prove that the defendant was previously deported, the Government is offering the Warrant of Deportation from the defendant's deportation in 2000 (Exhibit 10). The defendant is not seeking in limine to exclude this evidence. The Government also proposes offering Exhibit 9 which is the Warrant of Deportation from 1986 reflecting the defendant's deportation that year. Defendant objects to this evidence as irrelevant, cumulative and unfairly prejudicial under Rules 401, 403, 404. Painting defendant as a serial violator has no relevance or purpose other than asking the jury to draw impermissible inferences. Accordingly, the defendant requests the exclusion of Exhibit 9 as well as any evidence of deportations prior to his 2000 deportation.

---

[1] Because the Government will be filing later this week a complete indexed set of all of its exhibits, Counsel has not attached copies of the individual Government exhibits referenced in this Motion.

3.  Government Exhibit 23

The Government proposes introducing the judgment of conviction from defendant's 1990 conviction for violation of 8 U.S.C. § 1326 out of the Southern District of New York.  Defendant objects.  Putting before the jury certified proof of defendant's conviction on the very charge at issue in this trial encroaches upon the jury's Constitutional role as the sole factfinder and sole judge of credibility on the pending charge. In addition, the evidence should be excluded for the same reasons that the Court should exclude evidence of defendant's pre-2000 deportations.

4.   Witness Sequestration

Defendant requests that the Court order the sequestration of all witnesses in this case.

MARIO CONTRERAS-PALACIOS
By his attorney,


/s/ Leo T. Sorokin
Leo T. Sorokin
 B.B.O. # 559702
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

Date: December 27, 2004