UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.    )<br>)<br>)<br>MARIO RUDOLFO CONTRERAS- )<br>      PALACIOS    )<br>a/k/a Oscar Rawley   )<br>) | CRIMINAL NO. 04-10008-MLW |

GOVERNMENT'S WITNESS LIST

The government hereby gives notice that it may call the following persons as witnesses during its case-in-chief:

1.  Special Agent Thomas Carroll
    United States Dept. of Homeland Security
    Immigration and Customs Enforcement
    JFK Building - Room 1725
    Government Center
    Boston, Massachusetts 02203

2.  Senior Special Agent Cheryl Bassett
    United States Dept. of Homeland Security
    Immigration and Customs Enforcement
    JFK Building - Room 1725
    Government Center
    Boston, Massachusetts 02203

3.  Senior Fingerprint Specialist Genius Johnson
    United States Dept. of Homeland Security
    Immigration and Customs Enforcement
    Office of Investigations
    Forensic Document Laboratory
    8000 Westpark Drive, Suite 325
    McLean, Virginia 22102-3105

4.  Officer Joann Sassone

    Records and Information Services
    United States Dept. of Homeland Security
    Immigration and Customs Enforcement
    JFK Building - Room E160
    Government Center
    Boston, Massachusetts 02203

5.    John Saunders
    United States Dept. of Homeland Security
    Immigration and Customs Enforcement
    Office of Investigations
    Forensic Document Laboratory
    8000 West Park Drive, Suite 325
    McLean, Virginia 22102

6.    Deportation Officer Pamela L. Korzak
    United States Dept. of Homeland Security
    Immigration and Customs Enforcement
    130 Delaware Avenue
    Buffalo, New York 14202

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

By:    /s/ Paul R. Moore
    Paul R. Moore
    Assistant U.S. Attorney

Dated: January 3, 2005

CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon the attorney for defendant Mario Rudolfo Contreras-Palacios, Leo Sorokin, Esq., on January 3, 2005, via facsimile.

                                                    /s/ Paul R. Moore
                                                    Paul R. Moore
                                                    Assistant U.S. Attorney