```
            UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA    )
                            )
        v.                  )   Cr. No. 04-10008-MLW
                            )
MARIO CONTERAS-PALACIOS     )
```

ORDER

WOLF, D.J.                                          January 3, 2005

As defendant Mario Conteras-Palacios has not filed proposed jury instructions addressing the elements of the offense alleged in this case, it is hereby ORDERED that, by January 5, 2005, Palacios shall state any objection he has to the government's proposed instructions and provide authority for his position.

The January 7, 2005 hearing shall begin at 1:00 p.m.

```
                                /s/ MARK L. WOLF
                                UNITED STATES DISTRICT JUDGE
```