UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10008-MLW |
| ) | |
| MARIO RUDOLFO CONTRERAS- ) | |
| PALACIOS ) | |
| a/k/a Oscar Rawley ) | |

**GOVERNMENT'S REVISED PROPOSED EXHIBIT LIST**

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Paul R. Moore, hereby submits this Revised Proposed Exhibit List in the above-captioned matter. The government reserves the right to supplement, modify, or withdraw from this list.

1 - "Booking Memo" - Middlesex Sheriff's Office - (#0304516) (1 page)

2 - Full Fingerprint Card - Immigration and Custom's Enforcement (hereinafter "ICE") - (taken on Dec. 17, 2003 by Official "2176") (2 pages)

3 - **WITHDRAWN** - "Record of Deportable / Inadmissible Alien" (Dec. 17, 2003 by Special Agent Thomas Carroll) (2 pages)

4 - "Notice of Intent / Decision to Reinstate Prior Order" (Dec. 17, 2003 by Special Agent Thomas Carroll) (1 page)

5 - Dept. of Homeland Security Fingerprint Comparison Findings (Dec. 20, 2004)(2 pages)

6 - "Warrant of Deportation" (Jan. 18 and 24, 1979) (includes right index print)

7 - "Warrant of Deportation" (July 6 and 15, 1981) (includes right index print)

8 - "Warrant of Deportation" (Sept. 20 and Oct. 16, 1984) (includes right thumb print)

9 - **WITHDRAWN** - "Warrant of Deportation" (Jan. 2 and 23, 1986) (includes right thumb print)

10 - "Warrant of Deportation" (Oct. 6, 1999 and Aug. 22, 2000) (includes right index print)

11 - Transcript of Hearing (July 15, 1981) (22 pages)

12 - Warning at Deportation (signed by defendant) (July 15, 1981) (1 page)

13 - "Record of Deportable Alien" (Jan. 10, 1979)

14 - Response of Guatemalan Consulate ("17 de enero de 1979) (3 pages)

15 - "Record of Deportable Alien" (Nov. 20, 1983) (1 page)

16 - Response of Guatemalan Consulate (Sept. 21, 1984)

17 - Guatemalan Passport ("Cedula") of Contreras-Palacios (4 pages)

18 - Guatemalan Birth Certificate for Contreras-Palacios (2 pages)

19 - Full Fingerprint Card - Immigration and Naturalization Service (hereinafter "INS") - (taken on Dec. 20, 1983) (2 pages)

20 - INS Report from Interview with Mrs. Eva Pacheco, Secretary for Our Lady of Guadalupe Catholic Church, Sante Fe, New Mexico (1 page)

21 - State of New Mexico, Health Services Division (no birth certificate on file) (1 page)

22 - "Judgment and Probation / Commitment Order" (United States District Court - Western District of Texas) (Feb. 8, 1985) (1 page)

23 - "Judgment in a Criminal Case" (United States District Court - Southern District of New York) (August 28, 1990) (3 pages)

24 - "Notice of Intent / Decision to Reinstate Prior Order" (Sept. 21, 1999) (2 pages)

25 - "Record of Deportable / Inadmissible Alien" (Sept. 21, 1999) (1 page)

26 - "Warning to Alien Ordered Removed or Deported" (June 20, 2000) (1 page)

27 - "Itinerary / Invoice" (Aug. 22, 2000 deportation from New York to Guatemala) (1 page)

28 - "Certificate of Release to Parole Supervision" (bearing signature of defendant and committing not to reenter the United States without first obtaining permission) (July 20, 2000) (1 page)

29 - Enlargement of Fingerprint Card submitted to the FBI for comparison

30 - **WITHDRAWN** - Code of Federal Register 8 CFR Parts 214, 215 and 235 Presidential Executive Order dated December 20, 2003 (not from Alien file)

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

By:   /S/ Paul R. Moore
    Paul R. Moore
    Assistant U.S. Attorney

CERTIFICATE OF SERVICE

    This is to certify that I have this day served a copy of this document upon the counsel for the defendant, Leo Sorokin, Esq., by hand delivery, on this 4th day of January, 2005.

                                /S/ Paul R. Moore
                                Paul R. Moore
                                Assistant U.S. Attorney