UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 04-10008-MLW |
| ) | |
| MARIO CONTERAS-PALACIOS ) | |

ORDER

WOLF, D.J.                                              January 5, 2005

The hearing previously scheduled for January 7, 2005, shall be held instead on January 6, 2005 at 3:00 p.m. In addition to the usual agenda, the court intends to address any issues that may arise from the selection on January 4, 2005 of Leo Sarokin, counsel for defendant Mario Conteras-Palacios, to become a magistrate judge of this Court. These issues include, but may not be limited to, whether the defendant has any concerns about Mr. Sarokin continuing as his counsel and whether a reasonable person would question my impartiality in the present circumstances, see 28 U.S.C. §455(a) and (e).

UNITED STATES DISTRICT JUDGE