UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                    )<br>)<br>MARIO CONTRERAS-PALACIOS   ) | CRIMINAL NO. 04-10008-MLW |

DEFENDANT'S RESPONSE
TO GOVERNMENT'S PROPOSED JURY INSTRUCTIONS

    Pursuant to this Court January 3, 2005 Order, defendant herewith responds specifically to the Government's Proposed Jury Instructions addressing the elements of the offense alleged in this case. Defendant makes no objection to the Government's Proposed Jury Instructions addressing the elements of the offense at this time.

    MARIO CONTRERAS-PALACIOS
By his attorney,

/s/ Leo T. Sorokin
Leo T. Sorokin
 B.B.O. # 559702
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

Date: January 5, 2005