UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10008-MLW |
| ) | |
| MARIO CONTRERAS-PALACIOS ) | |

DEFENDANT'S MOTION TO CONTINUE TRIAL

Defendant hereby moves to continue his trial now scheduled to begin on January 10, 2005 for a period of twelve weeks. Defendant's grounds are set forth in a separate sealed ex parte affidavit from counsel. The affidavit is filed under seal and ex parte because it reveals the defense strategy.

Defendant requests the exclusion of all of the time under the Speedy Trial Act from January 10, 2005 as in the interests of justice under 18 U.S.C. § 3161(h)(8)(A) or due to the unavailability of an essential witness under subsection § (h)(3)(B).

MARIO CONTRERAS-PALACIOS
By his attorney,

/s/ Leo T. Sorokin
Leo T. Sorokin
 B.B.O. # 559702
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

Date: January 5, 2005