UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                    )<br>)<br>MARIO CONTRERAS-PALACIOS, )<br>    Defendant.              ) | Cr. No. 04-10008-MLW |

ORDER

WOLF, D.J.                                                January 6, 2005

For the reasons stated in court on January 6, 2005, it is hereby ORDERED that:

1. Defendant Mario Contreras-Palacios' Motion to Continue Trial is ALLOWED.

2. The period of time between January 6, 2005 and April 4, 2005, shall be excluded for Speedy Trial Act purposes, pursuant to 18 U.S.C. §3161(h)(8)(A).

3. Counsel for defendant, Leo T. Sorokin, shall, by January 14, 2005, arrange for another member of the Federal Defender's Office to file an appearance in this case.

4. The parties, by March 18, 2005, shall report whether they expect that this case will still be resolved by way of a trial.

5. A pretrial conference shall be held on March 29, 2005, at 4:00 p.m.

6. Trial shall begin on April 4, 2005.

                                        /s/ Mark L. Wolf
                                        UNITED STATES DISTRICT JUDGE