UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10008-MLW |
| | ) | |
| MARIO CONTRERAS-PALACIOS | ) | |
| | ) | |

NOTICE OF APPEARANCE

_____Please enter the appearance of the undersigned Assistant Federal Public Defender as co-counsel for the defendant.

                        DEFENDANT'S NAME
                        By his attorney,

                        /s/ Page Kelley
                        Page Kelley
                          B.B.O. #548237
                        Federal Defender Office
                        408 Atlantic Avenue, 3rd Floor
                        Boston, MA  02110
                        Tel: 617-223-8061

Date: January 12, 2005