UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.  )<br>)<br>)<br>MARIO RUDOLFO CONTRERAS- )<br>PALACIOS )<br>a/k/a Oscar Rawley )<br>Defendant. ) | CRIMINAL NO. 04-10008-MLW |

JOINT NOTICE TO THE COURT

Pursuant to this Honorable Court's instructions to the United States and to the Defendant, the parties hereby jointly indicate to the Court that a trial is anticipated in this matter (commencing on April 4, 2005).

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

By:    /s/ Paul R. Moore
    Paul R. Moore
    Assistant U.S. Attorney


    MARIO RUDOLFO CONTRERAS-
        PALACIOS
    Defendant

By:    /s/ Page Kelley/prm
    Page Kelley
    Assistant Federal Public Defender