UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR04-10008

| United States of America | Mario Contreras Palacios |
|---|---|
| PLAINTIFF | DEFENDANT |
| Paul Moore | Page Kelley |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER   Twomey

CLERK'S NOTES

| DATES: | Pretrial Conference |
|---|---|
| 3/29/05 | Defendant files an assented to motion to waive jury trial in court.  Court conducts a colloquy of the defendant |
| | with regard to the motion for waiver of jury trial.  Court allows the motion and will conduct a bench trial. |
| | Parties to file any stipulations by cob Monday, April 4, 2005.  Defendant agrees to exclude all the time |
| | from today's date to the date of trial. Court excludes said time. |