UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10008-MLW |
| | ) | |
| MARIO CONTRERAS-PALACIOS | ) | |
| | ) | |

DEFENDANT'S MOTION FOR COURT TO APPROVE
WAIVER OF JURY TRIAL

      Under F. R. Crim. P. 23, the defendant, Mario Contreras-Palacios, hereby waives his right to have his case tried to a jury and requests the Court's approval to have his case tried to the Court. The government, through Assistant United States Attorney Paul Moore, consents to this request.

                                            DEFENDANT'S NAME
                                            By his attorney,

                                            /s/ Page Kelley
                                            Page Kelley
                                              B.B.O. #548237
                                            Federal Defender Office
                                            408 Atlantic Avenue, 3rd Floor
                                            Boston, MA  02110
                                            Tel: 617-223-8061

Date: March 29, 2005