UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10008-MLW |
| | ) | |
| MARIO CONTRERAS-PALACIOS | ) | |
| | ) | |

### DEFENDANT'S MOTION FOR COURT TO APPROVE WAIVER OF JURY TRIAL

_____Under F. R. Crim. P. 23, the defendant, Mario Contreras-Palacios, hereby waives his right to have his case tried to a jury and requests the Court's approval to have his case tried to the Court. The government, through Assistant United States Attorney Paul Moore, consents to this request.

DEFENDANT'S NAME<br>
By his attorney,<br>
<br>
/s/ Page Kelley<br>
Page Kelley<br>
  B.B.O. #548237<br>
Federal Defender Office<br>
408 Atlantic Avenue, 3rd Floor<br>
Boston, MA 02110<br>
Tel: 617-223-8061

Date: March 29, 2005