UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 04-10008-MLW |
| | ) |
| MARIO RUDOLFO CONTRERAS-PALACIOS | ) |
| a/k/a Oscar Rawley | ) |

STIPULATIONS OF FACT

The parties hereby respectfully stipulate to the following facts in the present matter before this Honorable Court:

1. The defendant was deported from the United States to Guatemala on August 22, 2000.

2. The defendant was found in the custody of the Middlesex County, Massachusetts Sheriff's Office on December 17, 2003.

3. Prior to being found in the United States on December 17, 2003, the defendant had not applied for permission to re-enter the United States from either the Attorney General or the Secretary of the Department of Homeland Security.

4. The birth record issued from the "Republica De Guatemala" (bearing at the top of the document the numbers "5334317") is an authentically-issued birth record and is admissible under Title 18, United States Code, Section 3505, Fed. R. Crim. P. 27, and Fed. R. Evid. 803(8). The defendant does not stipulate that this is his birth certificate.

                Respectfully submitted,

                MICHAEL J. SULLIVAN
                United States Attorney

By:

                /s/ Paul R. Moore
                Paul R. Moore
                Assistant U.S. Attorney


                MARIO RUDOLFO CONTRERAS-PALACIOS
                a/k/a Oscar Rawley
                Defendant

By:

                /s/ Page Kelley
                Page Kelley
                Federal Public Defender


Date:   April 4, 2005