UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>**UNITED STATES**</u>                            **CRIMINAL CASE**

                                               **NO. <u>04-10008-MLW</u>**

                 V.

<u>**MARIO RUDOLFO CONTRERAS-PALACIOS**</u>
         **Defendant(s)**

## <u>NOTICE OF HEARING</u>

<u>**WOLF, D.J.**</u>

      PLEASE TAKE NOTICE that the above-titled case has been set for a BENCH TRIAL on <u>**APRIL 27, 2005**</u> at 9:30 A.M. before Judge Wolf in Courtroom # <u>10</u> on the <u>5th</u> floor.

                                                        **SARA THORNTON**
                                                        **CLERK OF COURT**

<u>**April 18, 2005**</u>                            **By:**    **/s/ Dennis O'Leary**
      **Date**                                            **Deputy Clerk**

**Notice to:**
(crim-notice.wpd - 7/99)                                   [ntchrgcnf.]
                                                                  [kntchrgcnf.]