UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 04-10008-MLW |
| MARIO RUDOLFO CONTRERAS-PALACIOS, Defendant. | ) ) ) ) ) | |

GOVERNMENT'S ASSENTED-TO MOTION TO CONTINUE TRIAL

The government hereby respectfully requests, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Paul R. Moore, that this Honorable Court consider continuing the trial in this matter from April 27, 2005, to May 6, 2005, or another date in May suitable to the Court, with the exception of May 25, 26, and 27, 2005. The alternative dates reflect times convenient to both defendant's counsel (who has a trial beginning May 2, 2005) and to the government's sole witness in this matter.

The reason for this request is, quite simply, the unavailability of the government's sole witness (Keeper of Records for ICE), who will be an instructor during the week which includes April 27, 2005, at an ICE training course in Michigan. The government is informed by ICE that no other individual serves in the capacity as this witness at its Boston facility and that, therefore, no alternative witness is available. ICE has also informed the government that this witness's appearance at the training course in Michigan is essential. The government apologizes to the Court and to the defendant for not having been aware of this conflict at an earlier time.

The defendant, through his counsel, assents to this Motion.

The government, therefore, respectfully requests that this Motion granted and that the trial be moved to a date other than April 27, 2005 (as well as other than the week of May 2 and May 25, 26, and 27, 2005).

                    Respectfully submitted,

                    MICHAEL J. SULLIVAN
                    United States Attorney

By:

                    /s/ Paul R. Moore
                    Paul R. Moore
                    Assistant U.S. Attorney


DATE:       April 18, 2005


## CERTIFICATE OF SERVICE

Suffolk, S.S.                       Boston, Massachusetts
                                  April 18, 2005

    I, Paul R. Moore, Assistant U.S. Attorney, do hereby certify that I have served a copy the foregoing by placement in the mailbox of the Federal Public Defender, addressed to counsel for the defendant, Page Kelly, on this 18th day of April, 2005.

                    /s/ Paul R. Moore
                    Paul R. Moore
                    Assistant U.S. Attorney