UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.                                ) | CRIMINAL NO. 04-10008-MLW |
| ) | |
| ) | |
| MARIO RUDOLFO CONTRERAS-  ) | |
| PALACIOS                ) | |
| a/k/a Oscar Rawley                ) | |
| ) | |

ADDITIONAL STIPULATION OF FACT

In addition to the four previous stipulations of fact to which the parties have agreed and submitted to this Court, the parties hereby respectfully stipulate to the following fact in the present matter before this Court:

1. The Alien File bearing the Alien File number "A022 931 713" and which file has been maintained by the Immigration and Customs Enforcement Agency (ICE) is associated with the defendant in the present matter.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:

        /s/ Paul R. Moore
        Paul R. Moore
        Assistant U.S. Attorney


        MARIO RUDOLFO CONTRERAS-PALACIOS
        a/k/a Oscar Rawley
        Defendant

By:

        /s/ Page Kelley
        Page Kelley
        Federal Public Defender