UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**                                          **CRIMINAL  CASE**

                                                           **NO. 04-10008-MLW**
               **V.**

**MARIO RUDOLFO CONTRERAS PALACIOS**
        **Defendant(s)**

**NOTICE OF CANCELLATION**

**WOLF, D.J.**

The **BENCH TRIAL** previously scheduled for **MAY 11, 2005** at **9:30 A.M.** before

**Judge Wolf**, has been CANCELLED.

                                        **SARA A. THORNTON**
                                        **CLERK OF COURT**

**May 10, 2005**                        **By:**   **/s/ Dennis O'Leary**
     **Date**                                     **Deputy Clerk**

**Notice to:**
**(crim-cancel.wpd - 7/99)**                              [ntchrgcnf.]
                                                          [kntchrgcnf.]