UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**   **CRIMINAL CASE**

**NO. 04-10008-MLW**

V.

**MARIO RUDOLFO CONTRERAS-PALACIOS**
       **Defendant(s)**

**NOTICE OF HEARING**

**WOLF, D.J.**

PLEASE TAKE NOTICE that the above-titled case has been set for a BENCH TRIAL on **MAY 18, 2005** at 9:30 A.M. before Judge Wolf in Courtroom # 10 on the 5th floor.

SARAH A. THORNTON
CLERK OF COURT

**May 16, 2005**   By:   **/s/ Dennis O'Leary**
   Date                 Deputy Clerk

**Notice to:**
(crim-notice.wpd - 7/99)                [ntchrgcnf.]
                                        [kntchrgcnf.]