## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

CASE NO.   CR04-10008

United States of America                         Mario Rudolfo Contreras-Palacios
        PLAINTIFF                                        DEFENDANT

Paul Moore                                       Page Kelley

_____                          _____

_____                          _____

    COUNSEL FOR PLAINTIFF                    COUNSEL FOR DEFENDANT

JUDGE   Wolf            CLERK   O'Leary            REPORTER   Twomey

### CLERK'S NOTES

| DATES: | Bench Trial |
|--------|-------------|
| 5/17/05 | Defendant after an initial break to confer with counsel informs the court that he is ready to proceed to trial. |
| | Court closes the courtroom except for the defendant and defense counsel. Court resumes with the bench |
| | trial.  Court goes over the parties stipulations regarding prior deportation and entry without prior approval |
| | leaving only the defendant's alienage to be decided by the court.  Defendant signs the stipulations in court. |
| | Government presents its opening statement.  Government calls Joann Sassone - witness takes the stand and |
| | is sworn in.  Various documents marked and admitted into evidence.  Government rests. |
| | Defendant moves for judgment of acquittal.  Court listens to arguments.  Court recesses until 2:15. |
| | Government resumes its argument in opposition to defendant's motion for judgment of acquittal. |
| | Court denies the defendant's Rule 29 motion.  Defendant does not put on any evidence and rests. |
| | Government makes its closing argument.  Defendant presents his closing argument.  Court finds the |
| | defendant guilty on the one count indictment and orders the clerk to enter the same.  Defendant's |
| | custody is to continue and is remanded to the custody of the US Marshals.  Sentencing set for |
| | August 16, 2005 at 3:00 PM.  Sentencing procedural order to issue. |
| | |
| | |
| | |
| | |
| | |