AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

}MARIO RUDOLFO CONTRERAS-PALACIOS

**WARRANT FOR ARREST**

CASE NUMBER: 04 CR 10008 MLW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    }MARIO RUDOLFO CONTRERAS-PALACIOS
                                         Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
UNLAWFUL REENTRY OF DEPORTED ALIEN

in violation of
Title ____8____ United States Code, Section(s) 1326

Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $ _____ by _____

Title of Issuing Officer

JAN 14 2004
Date and Location

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
United States Courthouse, - Suite 6420
1 Courthouse Way
Boston, MA 02210
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | WARRANT EXECUTED BY INS ARREST OF THE DEFENDANT ON 1/15/04 | |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.