UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10008-MLW |
| | ) | |
| MARIO CONTRERAS-PALACIOS | ) | |
| | ) | |

<u>MOTION TO WITHDRAW AND FOR APPOINTMENT OF NEW COUNSEL</u>

Now comes Page Kelley, counsel for the defendant, and respectfully requests this Court to allow her to withdraw her appearance for the above-listed defendant and to appoint new counsel. In support of this motion counsel states:

1. The defendant was originally represented by Assistant Federal Public Defender Leo Sorokin. I took over the case at the end of January, 2005. I met with the defendant at Plymouth on January 20, March 9, March 30, and May 17, 2005, to discuss his case and his upcoming trial. We experienced a gradual deterioration of our ability to communicate, so much so that by May 17, the day before the trial, we had a very contentious meeting which ended with Mr. Contreras-Palacios abruptly terminating the interview by leaving the room and refusing to speak further with me, telling me only that he wanted a new attorney.

2. On the morning of May 18, the day of the trial in his case, Mr. Contreras-Palacios again told me that he wanted a new attorney, although when I spoke with him further he said that he would continue with me that day.

3. On June 1, 2005, I visited Mr. Contreras-Palacios at Plymouth to discuss his sentencing. We were unable to have even a rudimentary conversation about sentencing because he was very angry with me for losing the trial. I was not able to address basic matters

concerning sentencing with him, such as the interview with the probation officer for the presentence report.  He communicated to me that he has no confidence in my abilities as an attorney and feels that I am not working to help him.  He said that he wants a new attorney.

    4.  I do not believe that I can adequately represent Mr. Contreras-Palacios at sentencing if he does not trust me and will not speak to me.  Therefore I ask the Court to appoint a new attorney and permit me to withdraw.

                                    MARIO CONTRERAS-PALACIOS
                                    By his attorney,

                                    /s/ Page Kelley
                                    Page Kelley
                                      B.B.O. #548237
                                    Federal Defender Office
                                    408 Atlantic Avenue, 3rd Floor
                                    Boston, MA  02110
                                    Tel: 617-223-8061

Date: June 2, 2005