# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**<u>UNITED STATES</u>**

**V.**

**<u>MARIO CONTRERAS-PALACIOS</u>**
    **Defendant(s)**

**CRIMINAL  CASE**

**NO.<u> 04-10008-MLW</u>**

### <u>NOTICE OF HEARING</u>

**<u>WOLF, D.J.</u>**


  **PLEASE TAKE NOTICE that the above-titled case has been set for a MOTION HEARING on <u>JUNE 23, 2005</u> at 2:30 P.M. before Judge Wolf in Courtroom #<u> 10</u>  on the <u>5</u>th  floor.**


       **SARAH A. THORNTON**
       **CLERK OF COURT**


**<u>June 13, 2005</u>**       **By:** **<u>/s/ Dennis O'Leary    </u>**
   **Date**         **Deputy Clerk**

**Notice to:**
**(crim-notice.wpd - 7/99)**

           [ntchrgcnf.]
           [kntchrgcnf.]