UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR04-10008

| United States of America | Mario Rudolfo Contreras-Palacios |
|---|---|
| PLAINTIFF | DEFENDANT |
| Paul Moore | Page Kelley |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf            CLERK   O'Leary            REPORTER   Twomey

CLERK'S NOTES

| DATES: | Motion Hearing |
|---|---|
| 6/23/05 | Interpreter, Gabriel Haddad, sworn in. |
| | Court clears the court room and takes up the motion to withdraw with defense counsel and the defendant. |
| | Court after hearing from the defendant and his current counsel, counsel withdraws its motion to withdraw. |
| | Court schedules the defendants sentencing for September 22, 2005 at 3:00 PM. Amended procedural |