UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 03-10008-MLW |
| | ) | |
| MARIO CONTRERAS-PALACIOS, | ) | |
| Defendant. | ) | |

ORDER

WOLF, D.J.                                                    June 24, 2005

For the reasons stated in detail in court on June 23, 2005, it is hereby ORDERED that:

1. Defense counsel Page Kelley's Motion to Withdraw as Attorney and for Appointment of New Counsel (Docket No. 56) is withdrawn and, in any event, there was not good cause to allow it.

2. The parties shall comply with the attached Revised Scheduling Order.

                                        /s/ Mark L. Wolf
                                  UNITED STATES DISTRICT JUDGE