```
            UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA         )
                                 )
    v.                            )      Cr. No. 04-10008-MLW
                                 )
MARIO CONTRERAS-PALACIOS,        )
       Defendant.                )

<u>ORDER</u>

WOLF, D.J.                                          September 21, 2005

    For the reasons stated in court during an ex-parte hearing on September 20, 2005, it is hereby ORDERED that:

    1. Defense counsel's Ex Parte Motion (Docket no. 61) is WITHDRAWN.

    2. The sentencing hearing previously scheduled for September 22, 2005, at 3:00 P.M., is rescheduled for September 30, 2005, at 3:00 P.M.

    3. Counsel for defendant shall, by September 23, 2005, file, and serve on the government and the Probation Office, any additional objections to the pre-sentence report and any revisions of the sentencing memorandum.

    4. If necessary, the Probation Office shall, by September 28, 2005, prepare and serve on the parties any addendum to the pre-sentence report.

 

                                                  _____
                                                  UNITED STATES DISTRICT JUDGE