UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10008-MLW |
| | ) | |
| MARIO CONTRERAS-PALACIOS | ) | |
| | ) | |

DEFENDANT'S FINAL ADDENDUM TO OBJECTIONS
TO PRESENTENCE REPORT

      In accordance with Judge Wolf's Order of September 21, 2005, defense counsel has gone over the Presentence Report with Mr. Contreras-Palacios. There are no changes to the previous objections filed by the defendant, but there is one additional fact concerning the defendant's health that he would like to add to the report. His eyesight is failing, his eyes frequently burn and hurt, and so he needs his eyes checked.

      MARIO CONTRERAS-PALACIOS
By his attorney,
  /s/ Page Kelley
Page Kelley
  B.B.O. #548237
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

Date: September 23, 2005