UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR04-10008

| United States of America | Mario Rudolfo Contreras-Palacios |
|---|---|
| PLAINTIFF | DEFENDANT |
| Paul Moore | Page Kelley |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER   Twomey

CLERK'S NOTES

| DATES: | Sentencing Hearing |
|---|---|
| 9/30/05 | Interpreter, Gabriel Haddad, sworn in. |
| | Defense counsel raises the issue of the defendant's medical care from Plymouth County House of Correction. Court orders the defense counsel to file any motion in writing. Court after inquiry finds that the defendant is competent to go forward with today's hearing. Court goes over the parties objections to the presentence report. Court calculates the defendant's guidelines based on its rulings on the parties objections. Government recommends a sentence of 96 months custody, 36 months supervised release, $10K fine, $100 special assessment fee. Formal sentencing: 77 months custody, 36 months supervised release on the standard conditions and the special conditions outlined in court, no fine, $100 special assessment fee. Court makes recommendation to BOP that provide defendant with mental health evaluation and treatment and drug treatment while in BOP custody. Defendant advised of his rights to appeal and to counsel. Defense counsel requests a judicial recommendation that the defendant be assigned to FMC Devens. Court allows the request. |