UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04 CR 10008- MLW |
| ) | |
| MARIO CONTRERAS-PALACIOS ) | |
| ) | |

NOTICE OF APPEAL

Defendant, Mario Contreras-Palacios, hereby gives notice that he appeals to the United States Court of Appeals for the First Circuit from the final judgment and sentence entered on October 4, 2005.

MARIO CONTRERAS-PALACIOS
By his attorney,

/s/ Page Kelley
Page Kelley
  B.B.O. #548237
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

Date: October 7, 2005