UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cr-10008

United States of America

v.

Mario Contreras-Palacios

## CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 10/7/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on December 8, 2005.

Sarah A. Thornton, Clerk of Court

By: _Jeanette Ramos_
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 12/9/05.

_Barchard_
Deputy Clerk, US Court of Appeals

---

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/05

APPEAL, INTERP

# United States District Court
# District of Massachusetts (Boston)
## CRIMINAL DOCKET FOR CASE #: 1:04-cr-10008-MLW-ALL

Case title: USA v. Contreras-Palacios                    Date Filed: 01/14/2004

Assigned to: Judge Mark L. Wolf

### Defendant

**Mario Rudolfo Contreras-Palacios** (1)
*TERMINATED: 10/11/2005*
*also known as*
Oscar Rawley (1)
*TERMINATED: 10/11/2005*

represented by **Leo T. Sorokin**
Federal Defender's Office
408 Atlantic Ave.
Third Floor
Boston, MA 02210
617-223-8061
Fax: 617-223-8080
*TERMINATED: 01/12/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Public Defender or
Community Defender Appointment

**Page Kelley**
Federal Defenders
408 Atlantic Avenue
Boston, MA 02210
617-223-8061
Fax: 617-223-8080
Email: page_kelley@fd.org
*ATTORNEY TO BE NOTICED*
Designation: Public Defender or
Community Defender Appointment

### Pending Counts

8:1326 REENTRY OF DEPORTED
ALIENS
(1)

### Disposition

77 months custody, 36 months
supervised release, $100 special
assessment fee.

### Highest Offense Level (Opening)

Felony

### Terminated Counts

None

### Disposition

**Highest Offense Level (Terminated)**

None

**Complaints**                                                    **Disposition**

None

**Plaintiff**

USA                                        represented by   **John T. McNeil**
                                                            United States Attorney's Office
                                                            John Joseph Moakley Federal
                                                            Courthouse
                                                            1 Courthouse Way
                                                            Suite 9200
                                                            Boston, MA 02210
                                                            617-748-3242
                                                            Fax: 617-748-3951
                                                            Email: john.mcneil@usdoj.gov
                                                            *TERMINATED: 12/15/2004*
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Paul R. Moore**
                                                            United States Attorney's Office
                                                            1 Courthouse Way
                                                            Suite 9200
                                                            Boston, MA 02210
                                                            617-748-3700
                                                            Fax: 617-748-3951
                                                            Email: paul.moore@usdoj.gov
                                                            *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/14/2004 | 1 | INDICTMENT as to Mario Rudolfo Contreras-Palacios (1) count(s) 1. (Gawlik, Cathy) (Entered: 01/14/2004) |
| 01/14/2004 |  | Arrest Warrant Issued as to Mario Rudolfo Contreras-Palacios. (Gawlik, Cathy) (Entered: 01/14/2004) |
| 01/14/2004 |  | Judge Mark L. Wolf : ORDER entered ORDER REFERRING CASE to Magistrate Judge Marianne B. Bowler Reason for referral: pretrial proceedings as to Mario Rudolfo Contreras-Palacios (Gawlik, Cathy) (Entered: 01/14/2004) |
| 01/15/2004 |  | ELECTRONIC Clerk's Notes for proceedings held before Judge Marianne B. Bowler : deft, with interpreter and Federal Defender Leo Sorokin, appears before the Court; financial affidavit filed; Court |

| | | |
|---|---|---|
| | | appoints Leo Sorokin to represent deft; govt's oral motion for detention is allowed; detention hearing and arraignment scheduled for 1/21/04 at 2PM. (Court Reporter Tape.) (Lyons, Philip) (Entered: 01/16/2004) |
| 01/15/2004 | 3 | Judge Marianne B. Bowler : ORDER entered ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Mario Rudolfo Contreras-Palacios Leo T. Sorokin for Mario Rudolfo Contreras-Palacios appointed. (Saccoccio, Dianalynn) (Entered: 01/21/2004) |
| 01/21/2004 | | electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler :Arraignment as to Mario Rudolfo Contreras-Palacios (1) Count 1 held on 1/21/2004, Detention Hearing as to Mario Rudolfo Contreras-Palacios held on 1/21/2004; John MacNeil for the Govt.; Leo Sorokin for the Deft.; Deborah Huacuja to interpret; Deft. consents to Vol. Det without prejudice; Deft. waives reading of the Indictment; Deft. pleads not guilty; Govt. aniticipates five to six witnesses and the approximate length of trial to be two days. Intitial status set for March 9, 2004 at 2:00 PM. Court to enter order of voluntary detention. (Tape #digital.) (Saccoccio, Dianalynn) (Entered: 01/21/2004) |
| 01/21/2004 | 2 | Judge Marianne B. Bowler : ORDER entered ORDER OF VOLUNTARY DETENTION as to Mario Rudolfo Contreras-Palacios (Saccoccio, Dianalynn) (Entered: 01/21/2004) |
| 01/21/2004 | | Clerk's Notes for proceedings held before Judge Marianne B. Bowler :Initial Appearance as to Mario Rudolfo Contreras-Palacios held on 1/21/2004 Please note...event docketed to correct statistical error. (Catino, Theresa) (Entered: 02/04/2004) |
| 03/09/2004 | | electornic Clerk's Notes for proceedings held before Judge Marianne B. Bowler :Inital Status Conference as to Mario Rudolfo Contreras-Palacios held on 3/9/2004;John MacNeil for the Govt.; Leo Sorokin for the Deft.; def. counsel requests final status for May; May file dispositive motions at that time; Final status set for May 6, 2004 at 2:15 PM; parties agree to exclude the time from today through May 6, 2004; Govt. to prepare assented to motion (Tape #digital.) (Saccoccio, Dianalynn) Modified on 3/9/2004 (Saccoccio, Dianalynn). (Entered: 03/09/2004) |
| 03/11/2004 | 4 | JOINT MOTION for Excludable Delay from 3/9/04 to 5/6/04 as to Mario Rudolfo Contreras-Palacios by USA, Mario Rudolfo Contreras-Palacios, FILED, c/s.(Boyce, Kathy) (Entered: 03/15/2004) |
| 03/16/2004 | | Judge Marianne B. Bowler : electronic ORDER entered granting 4 Motion to Exclude as to Mario Rudolfo Contreras-Palacios (1) (Bowler, Marianne) (Entered: 03/16/2004) |
| 05/05/2004 | 5 | Assented to MOTION to Continue *Status Conference* as to Mario Rudolfo Contreras-Palacios. (Sorokin, Leo) (Entered: 05/05/2004) |
| 05/11/2004 | | Judge Marianne B. Bowler : electronic ORDER entered granting 5 Motion to Continue as to Mario Rudolfo Contreras-Palacios (1) (Bowler, Marianne) (Entered: 05/11/2004) |

| | | |
|---|---|---|
| 06/16/2004 | 6 | MOTION Joint Motion for Continuance and to Exclude Time as to Mario Rudolfo Contreras-Palacios by USA. (McNeil, John) (Entered: 06/16/2004) |
| 06/18/2004 | | Judge Marianne B. Bowler : electronic ORDER entered granting 6 Motion as to Mario Rudolfo Contreras-Palacios (1) The matter is continued until July 7, 2004 at 2:30 PM. (Bowler, Marianne) (Entered: 06/18/2004) |
| 07/07/2004 | | Electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler :Status Conference as to Mario Rudolfo Contreras-Palacios held on 7/7/2004; John McNeil for the govt.; Leo Sorokin for the deft.; Defense counsel requests additional time; Govt. does not object; Parties agree to a date in September; Further status set for September 8, 2004 at 11:00 AM; Parties agree to exclude the time from today through September 8, 2004; Govt. to file an assented to motion. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 07/07/2004) |
| 07/08/2004 | 7 | Joint MOTION to Exclude *Time* as to Mario Rudolfo Contreras-Palacios by USA. (McNeil, John) (Entered: 07/08/2004) |
| 07/09/2004 | | Judge Marianne B. Bowler : electronic ORDER entered granting 7 Motion to Exclude as to Mario Rudolfo Contreras-Palacios (1) (Bowler, Marianne) (Entered: 07/09/2004) |
| 09/08/2004 | | Electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler :Status Conference as to Mario Rudolfo Contreras-Palacios held on 9/8/2004: John McNeil for the govt.; Leo Sorokin for the deft.; Counsel for the deft. requests additional time; Court sets further status for October 8, 2004 at 2:30 PM; Parties agree to exclude the time fromm today through Octiber 8, 2004 Govt. to file assented to motion. (Tape #Digital.) (Saccoccio, Dianalynn) Modified on 9/8/2004 (Saccoccio, Dianalynn). (Entered: 09/08/2004) |
| 09/09/2004 | 8 | MOTION Joint Motion to Exclude Time as to Mario Rudolfo Contreras-Palacios by USA. (McNeil, John) (Entered: 09/09/2004) |
| 09/10/2004 | | Judge Marianne B. Bowler : electronic ORDER entered granting 8 Motion as to Mario Rudolfo Contreras-Palacios (1) (Bowler, Marianne) (Entered: 09/10/2004) |
| 10/05/2004 | 9 | Assented to MOTION to Continue *Status Conference* as to Mario Rudolfo Contreras-Palacios. (Sorokin, Leo) (Entered: 10/05/2004) |
| 10/05/2004 | | Judge Marianne B. Bowler: Electronic ORDER entered granting 9 Motion to Continue as to Mario Rudolfo Contreras-Palacios(1). (Bowler, Marianne) (Entered: 10/05/2004) |
| 11/05/2004 | 10 | Assented to MOTION to Continue *Status Conference* as to Mario Rudolfo Contreras-Palacios. (Sorokin, Leo) (Entered: 11/05/2004) |
| 11/05/2004 | 11 | MOTION to Withdraw as Attorney by Leo T. Sorokin. as to Mario Rudolfo Contreras-Palacios. (Sorokin, Leo) (Entered: 11/05/2004) |

| | | |
|---|---|---|
| 11/08/2004 | 🌑 | Judge Marianne B. Bowler: Electronic ORDER entered granting 10 Motion to Continue as to Mario Rudolfo Contreras-Palacios(1). (Bowler, Marianne) (Entered: 11/08/2004) |
| 11/08/2004 | 🌑 | Judge Marianne B. Bowler: Electronic ORDER entered withdrawing 11 Motion to Withdraw as Attorney as to Mario Rudolfo Contreras-Palacios (1). After questioning the defendant in detail on the record in open court, but out of the presence of the government, this court is convinced that whatever problems existed between the defendant and defense counsel have been adequately resolved and that the defendant is now satisfied by the representation being provided to him by defense counsel (Bowler, Marianne) (Entered: 11/08/2004) |
| 11/08/2004 | 🌑 | Electronic Clerk's Notes for proceedings held before Magistrate Judge Marianne B. Bowler: Motion hearing for Mario Rudolfo Contreras-Palacios re: 11 MOTION to Withdraw as Attorney by Leo T. Sorokin, filed by Mario Rudolfo Contreras-Palacios and status conference for Mario Rudolfo Contreras-Palacios held on 11/8/2004; John McNeil for the govt. and Leo Sorokin for the deft.; Counsel for deft. requests that the courtroom be cleared and the govt. not be present for the motion hearing; Court addresses counsel and the deft.; The court issues an oral order that the medical issues of the deft. are addressed with the institution where he is detained; The court asks the deft. if he wishes to continue to have counsel of record to remain as his attorney; Deft. addresses the court and does want counsel of record to remain; Govt. returns to the court and the matter of the status of the case is addressed; Further status is set for 11/22/2004 at 11:00 AM; Parties agree to exclude the time from today to 11/22/2004 and the govt. will file an assented to motion; Deft. is remanded to the custody of the U.S. Marshals. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 11/08/2004) |
| 11/10/2004 | 🌑 12 | Joint MOTION to Exclude *Time* as to Mario Rudolfo Contreras-Palacios by USA. (McNeil, John) (Entered: 11/10/2004) |
| 11/15/2004 | 🌑 | Judge Marianne B. Bowler: Electronic ORDER entered granting 12 Motion to Exclude as to Mario Rudolfo Contreras-Palacios(1). (Bowler, Marianne) (Entered: 11/15/2004) |
| 11/22/2004 | 🌑 | Electronic Clerk's Notes for proceedings held before Magistrate Judge Marianne B. Bowler: Further status conference for Mario Rudolfo Contreras-Palacios held on 11/22/2004; John McNeil for the govt. and Leo Sorokin for the deft.; Parties inform the court that the case can be sent to the district court for trial; Parties ask that time be excluded from today to 12/14/2004 and the govt. will prepare an assented to motion to exclude the time; The court will issue a final status report to the district court forthwith. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 11/23/2004) |
| 11/23/2004 | 🌑 13 | Joint MOTION to Exclude *Time* as to Mario Rudolfo Contreras-Palacios by USA. (McNeil, John) (Entered: 11/23/2004) |
| 11/23/2004 | 🌑 | Judge Marianne B. Bowler: Electronic ORDER entered granting 13 |

| | | |
|---|---|---|
| | | Motion to Exclude as to Mario Rudolfo Contreras-Palacios(1). (Bowler, Marianne) (Entered: 11/23/2004) |
| 11/30/2004 | 14 | Magistrate Judge Marianne B. Bowler: ORDER entered: REPORT AND ORDER on Final Status Conference for Mario Rudolfo Contreras-Palacios. (Saccoccio, Dianalynn) (Entered: 12/02/2004) |
| 11/30/2004 | | Judge update in the case of Mario Rudolfo Contreras-Palacios: Magistrate Judge Marianne B. Bowler no longer assigned to case. (Saccoccio, Dianalynn) (Entered: 12/02/2004) |
| 11/30/2004 | | Notice of correction to docket made by Court staff. Correction: Document No. 15 deleted from docket because: it was a duplicate of Document No. 14 (Final Status Report) as to Mario Rudolfo Contreras-Palacios (Boyce, Kathy) (Entered: 12/03/2004) |
| 12/07/2004 | 15 | NOTICE OF HEARING as to Mario Rudolfo Contreras-Palacios Pretrial Conference set for 12/14/2004 03:30 PM in Courtroom 10 before Judge Mark L. Wolf. (O'Leary, Dennis) (Entered: 12/07/2004) |
| 12/14/2004 | 16 | Joint MOTION to Exclude *Time* as to Mario Rudolfo Contreras-Palacios by USA. (McNeil, John) (Entered: 12/14/2004) |
| 12/14/2004 | 17 | Clerk's Notes for proceedings held before Judge Mark L. Wolf :Pretrial Conference as to Mario Rudolfo Contreras-Palacios held on 12/14/2004 (Court Reporter Twomey.) (O'Leary, Dennis) (Entered: 12/15/2004) |
| 12/14/2004 | 18 | Judge Mark L. Wolf : ORDER entered PRETRIAL ORDER as to Mario Rudolfo Contreras-Palacios Status Report due by 12/17/2004. Jury Trial set for 1/10/2005 09:00 AM in Courtroom 10 before Judge Mark L. Wolf. Pretrial Conference set for 1/7/2005 02:00 PM in Courtroom 10 before Judge Mark L. Wolf. (O'Leary, Dennis) (Entered: 12/15/2004) |
| 12/14/2004 | | Judge Mark L. Wolf : Electronic ORDER entered granting 16 Motion to Exclude as to Mario Rudolfo Contreras-Palacios (1) (O'Leary, Dennis) (Entered: 12/15/2004) |
| 12/15/2004 | 19 | Proposed Voir Dire by USA as to Mario Rudolfo Contreras-Palacios (Moore, Paul) (Entered: 12/15/2004) |
| 12/15/2004 | 20 | Proposed Jury Instructions by USA as to Mario Rudolfo Contreras-Palacios (Moore, Paul) (Entered: 12/15/2004) |
| 12/15/2004 | 21 | NOTICE of Withdrawal of Appearance in case as to Mario Rudolfo Contreras-Palacios. Attorney John T. McNeil terminated. (McNeil, John) (Entered: 12/15/2004) |
| 12/16/2004 | 22 | NOTICE OF ATTORNEY APPEARANCE Paul R. Moore appearing for USA. (Moore, Paul) (Entered: 12/16/2004) |
| 12/16/2004 | 23 | STATUS REPORT *COUNSEL'S REPORT TO COURT RE: NON-TRIAL DISPOSITION* by Mario Rudolfo Contreras-Palacios (Sorokin, Leo) (Entered: 12/16/2004) |
| 12/17/2004 | 24 | EXHIBIT/WITNESS LIST by USA as to Mario Rudolfo Contreras- |

|  |  | Palacios (Moore, Paul) (Entered: 12/17/2004) |
|---|---|---|
| 12/20/2004 | 25 | TRIAL BRIEF by USA as to Mario Rudolfo Contreras-Palacios (Moore, Paul) (Entered: 12/20/2004) |
| 12/22/2004 | 26 | MOTION to Continue *DATE FOR FILING MOTIONS IN LIMINE* as to Mario Rudolfo Contreras-Palacios. (Sorokin, Leo) (Entered: 12/22/2004) |
| 12/22/2004 | 27 | Proposed Jury Questions by Mario Rudolfo Contreras-Palacios (Sorokin, Leo) (Entered: 12/22/2004) |
| 12/22/2004 | 28 | Proposed Voir Dire by Mario Rudolfo Contreras-Palacios (Sorokin, Leo) (Entered: 12/22/2004) |
| 12/22/2004 | 29 | Proposed Jury Instructions by Mario Rudolfo Contreras-Palacios (Sorokin, Leo) (Entered: 12/22/2004) |
| 12/23/2004 |  | Judge Mark L. Wolf : Electronic ORDER entered granting 26 Motion to Continue as to Mario Rudolfo Contreras-Palacios (1) to file motions. (O'Leary, Dennis) (Entered: 12/23/2004) |
| 12/27/2004 | 30 | MOTION in Limine *and Trial Brief* as to Mario Rudolfo Contreras-Palacios. (Sorokin, Leo) (Entered: 12/27/2004) |
| 01/03/2005 | 31 | EXHIBIT/WITNESS LIST by USA as to Mario Rudolfo Contreras-Palacios (Moore, Paul) (Entered: 01/03/2005) |
| 01/03/2005 | 32 | Judge Mark L. Wolf : ORDER entered. It is hereby ORDERED that, by January 5, 2005, Palacios shall state any objection he has to the government's proposed instructions and provide authority for his position.The January 7, 2005 hearing shall begin at 1:00 p.m. (O'Leary, Dennis) Modified on 1/12/2005 to correct spelling (Boyce, Kathy). (Entered: 01/03/2005) |
| 01/04/2005 | 33 | EXHIBIT/WITNESS LIST by USA as to Mario Rudolfo Contreras-Palacios (Moore, Paul) (Entered: 01/04/2005) |
| 01/04/2005 | 34 | RESPONSE to Motion by USA as to Mario Rudolfo Contreras-Palacios re 30 MOTION in Limine *and Trial Brief* (Moore, Paul) (Entered: 01/04/2005) |
| 01/05/2005 | 35 | Judge Mark L. Wolf : ORDER entered. as to Mario Rudolfo Contreras-Palacios: The Hearing previously scheduled for 1/7/05 shall be held instead on 1/6/05 at 3:00 p.m. In addition to the usual agenda, the court intends to address any issues that may arise from the selection on 1/4/05 of Leo Sorokin, counsel for deft Mario Conteras-Palacios, to become a magistrate judge of this Court. These issues include, but may not be limited to, whether the deft has any concerns about Mr. Sorokin continuing as his counsel and whether a reasonable person would question my impartiality in the present circumstances, see 28 U.S.C. Sec. 455(a) and (e). cc/cl. (Boyce, Kathy) Modified on 1/5/2005 (Boyce, Kathy). (Entered: 01/05/2005) |
| 01/05/2005 | 36 | Deft's Response to Gov't's Proposed Jury Instructions by Mario Rudolfo |

| | | |
|---|---|---|
| | | Contreras-Palacios (Sorokin, Leo) Modified on 1/12/2005 to correct event(usage Boyce, Kathy). Modified on 1/12/2005 (Entered: 01/05/2005) |
| 01/05/2005 | 37 | MOTION to Continue *Trial* as to Mario Rudolfo Contreras-Palacios. (Sorokin, Leo) (Entered: 01/05/2005) |
| 01/06/2005 | 40 | Judge Mark L. Wolf : ORDER entered. as to Mario Rudolfo Contreras-Palacios: It is hereby ORDERED pursuant to Fed. R. Evid. 615 that, except for the designated representative of the gov't and the deft, each witness in this case: (1). Shall not discuss this case including but not limited to his or her prospective testimony, with any other witness; (2). Shall not be excluded from the courtroom when other witnesses are testifying; and (3). Shall not after testifying tell any prospective witness what he or she was asked or answered. This Order shall not operate to prevent counsel from conferring with a witness prior to his or her testimony. However, unless protected by the attorney-client privilege, such communications may be explored on direct and/or cross examination of the witness. cc/cl. (Boyce, Kathy) (Entered: 01/06/2005) |
| 01/06/2005 | | ElectronicClerk's Notes for proceedings held before Judge Mark L. Wolf :Pretrial Conference as to Mario Rudolfo Contreras-Palacios held on 1/6/2005.Paul Moore for the United States and Leo Sorokin for the Defendant. Motion to Seal Affidavit is Allowed. Sequestration order entered. Next pre-trial conference will be on March 29, 2005 at 4:00 PM. Trial is scheduled for April 4, 2005. Order to follow. (Court Reporter Marie Cloonan.) (Abaid, Kim) (Entered: 01/06/2005) |
| 01/06/2005 | 41 | Judge Mark L. Wolf : ORDER entered granting 37 Motion to Continue as to Mario Rudolfo Contreras-Palacios. For the reasons stated in court on 1/6/05, it is hereby ORDERED that: (1). Deft Mario Conteras-Palacios' Motion to Continue Trial is ALLOWED. (2). The period of time between January 6, 2005 and April 4, 2005, shall be excluded for Speedy Trial Act purposes, pursuant to 18:3161(h)(8)(A). (3). Counsel for deft Leo T. Sorokin shall, by January 14, 2005, arrange for another member of the Federal Defender's Office to file an appearance in this case. (4). The parties, by March 18, 2005, shall report whether they expect that this case will still be resolved by way of a trial. (5). A pretrial conference shall be held on March 29, 2005, at 4:00 p.m. (6). Trial shall begin on April 4, 2005. cc/cl. (Boyce, Kathy) (Entered: 01/06/2005) |
| 01/12/2005 | 42 | NOTICE OF ATTORNEY APPEARANCE: Page Kelley appearing for Mario Rudolfo Contreras-Palacios (Kelley, Page) (Entered: 01/12/2005) |
| 01/19/2005 | | Notice of correction to docket made by Court staff. Correction: #Doc. 39 corrected: to change the filing date from 1/5/04 to the correct date of 1/5/05 as to Mario Rudolfo Contreras-Palacios (Boyce, Kathy) (Entered: 01/19/2005) |
| 03/18/2005 | 43 | NOTICE by USA as to Mario Rudolfo Contreras-Palacios (Moore, Paul) (Entered: 03/18/2005) |
| 03/29/2005 | 44 | Clerk's Notes for proceedings held before Judge Mark L. Wolf :Pretrial |

| | | |
|---|---|---|
| | | Conference as to Mario Rudolfo Contreras-Palacios held on 3/29/2005 (Court Reporter Twomey.) (O'Leary, Dennis) (Entered: 03/30/2005) |
| 03/30/2005 | 45 | WAIVER of Right to Trial by Jury by Mario Rudolfo Contreras-Palacios (Kelley, Page) Modified on 4/1/2005: As this entry was e-filed using the incorrect event, and should have been e-filed as a motion, the motion will be re-docketed (Boyce, Kathy). (Entered: 03/30/2005) |
| 03/30/2005 | 46 | Assented To MOTION for Court to Approve Waiver of Jury Trial as to Mario Rudolfo Contreras-Palacios,FILED(Boyce, Kathy) (Entered: 04/01/2005) |
| 03/30/2005 | | Judge Mark L. Wolf : Electronic ORDER entered granting 46 Motion Waiver of Jury Trial as to Mario Rudolfo Contreras-Palacios (1) (O'Leary, Dennis) (Entered: 04/04/2005) |
| 04/01/2005 | | Notice of correction to docket made by Court staff. Correction: #45 edited for the docket to reflect that this document was re-docketed as a Motion on 4/1/05 and is Document #46 as to Mario Rudolfo Contreras-Palacios (Boyce, Kathy) (Entered: 04/01/2005) |
| 04/04/2005 | 47 | NOTICE *Regarding Stipulations of Fact* by USA as to Mario Rudolfo Contreras-Palacios (Moore, Paul) (Entered: 04/04/2005) |
| 04/18/2005 | 48 | NOTICE OF HEARING as to Mario Rudolfo Contreras-Palacios Bench Trial set for 4/27/2005 09:00 AM in Courtroom 10 before Judge Mark L. Wolf. (O'Leary, Dennis) (Entered: 04/18/2005) |
| 04/18/2005 | 49 | Assented to MOTION to Continue *Trial* as to Mario Rudolfo Contreras-Palaciosby USA. (Moore, Paul) (Entered: 04/18/2005) |
| 04/19/2005 | | Judge Mark L. Wolf : Electronic ORDER entered granting 49 Motion to Continue Trial as to Mario Rudolfo Contreras-Palacios (1). The trial will be conducted on May 11, 2005, beginning at 9:30 AM. (O'Leary, Dennis) (Entered: 04/19/2005) |
| 05/05/2005 | 50 | NOTICE *(The Parties' Additional Stipulation of Fact)* by USA as to Mario Rudolfo Contreras-Palacios (Moore, Paul) (Entered: 05/05/2005) |
| 05/10/2005 | 51 | NOTICE CANCELLING DEADLINE as to Mario Rudolfo Contreras-Palacios. Deadline cancelled: Bench Trial (O'Leary, Dennis) (Entered: 05/10/2005) |
| 05/16/2005 | 52 | NOTICE OF HEARING as to Mario Rudolfo Contreras-Palacios Bench Trial set for 5/18/2005 09:30 AM in Courtroom 10 before Judge Mark L. Wolf. (O'Leary, Dennis) (Entered: 05/16/2005) |
| 05/18/2005 | 53 | Clerk's Notes for proceedings held before Judge Mark L. Wolf :Bench Trial on 5/18/2005 as to Mario Rudolfo Contreras-Palacios (1) Count 1. Defendant found guilty of count 1. (Court Reporter Twomey.) (O'Leary, Dennis) (Entered: 05/19/2005) |
| 05/18/2005 | 54 | Judge Mark L. Wolf : ORDER entered. PROCEDURAL ORDER re sentencing hearing as to Mario Rudolfo Contreras-Palacios Sentencing |

|  |  | set for 8/16/2005 03:00 PM in Courtroom 10 before Judge Mark L. Wolf. (O'Leary, Dennis) (Entered: 05/19/2005) |
|---|---|---|
| 05/25/2005 | 55 | Arrest Warrant Returned Executed by INS WSO 1/15/04 as to Mario Rudolfo Contreras-Palacios. (Flaherty, Elaine) (Entered: 05/26/2005) |
| 06/02/2005 | 56 | MOTION to Withdraw as Attorney *and for Appointment of New Counsel* by Page Kelley. as to Mario Rudolfo Contreras-Palacios. (Kelley, Page) (Entered: 06/02/2005) |
| 06/13/2005 | 57 | NOTICE OF HEARING ON MOTION as to Mario Rudolfo Contreras-Palacios Motion Hearing set for 6/23/2005 02:30 PM in Courtroom 10 before Judge Mark L. Wolf. (O'Leary, Dennis) (Entered: 06/13/2005) |
| 06/23/2005 | 58 | Clerk's Notes for proceedings held before Judge Mark L. Wolf :Motion Hearing as to Mario Rudolfo Contreras-Palacios held on 6/23/2005 re 56 MOTION to Withdraw as Attorney *and for Appointment of New Counsel* by Page Kelley. filed by Mario Rudolfo Contreras-Palacios, (Court Reporter Twomey.) (O'Leary, Dennis) (Entered: 06/23/2005) |
| 06/23/2005 | 59 | Judge Mark L. Wolf : ORDER entered. PROCEDURAL ORDER re sentencing hearing as to Mario Rudolfo Contreras-Palacios Sentencing set for 9/22/2005 03:00 PM in Courtroom 10 before Judge Mark L. Wolf. (O'Leary, Dennis) (Entered: 06/23/2005) |
| 06/30/2005 | 60 | Judge Mark L. Wolf : ORDER entered withdrawing 56 Motion to Withdraw as Attorney. as to Mario Rudolfo Contreras-Palacios (1) (Attachments: # 1) (O'Leary, Dennis) (Entered: 06/30/2005) |
| 09/02/2005 | 61 | Ex Parte MOTION as to Mario Rudolfo Contreras-PalaciosFILED. (Boyce, Kathy) (Entered: 09/06/2005) |
| 09/12/2005 | 63 | SENTENCING MEMORANDUM by Mario Rudolfo Contreras-Palacios (Kelley, Page) (Entered: 09/12/2005) |
| 09/20/2005 | 64 | Clerk's Notes for proceedings held before Judge Mark L. Wolf :Motion Hearing as to Mario Rudolfo Contreras-Palacios held on 9/20/2005 re 61 MOTION filed by Mario Rudolfo Contreras-Palacios, under seal. (Court Reporter Romanow.) (O'Leary, Dennis) (Entered: 09/21/2005) |
| 09/21/2005 | 65 | Judge Mark L. Wolf : ORDER entered. Defense counsel?s Ex Parte Motion (Docket no. 61) is WITHDRAWN. Sentencing set for 9/30/2005 03:00 PM in Courtroom 10 before Judge Mark L. Wolf. (O'Leary, Dennis) (Entered: 09/21/2005) |
| 09/23/2005 | 66 | OBJECTION TO PRESENTENCE INVESTIGATION REPORT by Mario Rudolfo Contreras-Palacios (Kelley, Page) (Entered: 09/23/2005) |
| 09/23/2005 | 67 | SENTENCING MEMORANDUM by USA as to Mario Rudolfo Contreras-Palacios (Moore, Paul) (Entered: 09/23/2005) |
| 09/30/2005 | 68 | Clerk's Notes for proceedings held before Judge Mark L. Wolf :Sentencing held on 9/30/2005 for Mario Rudolfo Contreras-Palacios (1), Count(s) 1, 77 months custody, 36 months supervised |

|  |  | release, $100 special assessment fee.. (Court Reporter Folkes.) (O'Leary, Dennis) (Entered: 10/04/2005) |
| --- | --- | --- |
| 10/07/2005 | 69 | NOTICE OF APPEAL by Mario Rudolfo Contreras-Palacios Filing fee $ 255. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 10/27/2005. (Kelley, Page) (Entered: 10/07/2005) |
| 10/11/2005 | 70 | Judge Mark L. Wolf : ORDER entered. JUDGMENT as to Mario Rudolfo Contreras-Palacios (1), Count(s) 1, 77 months custody, 36 months supervised release, $100 special assessment fee. (O'Leary, Dennis) (Entered: 10/12/2005) |
| 10/11/2005 | 71 | Judge Mark L. Wolf : ORDER entered. STATEMENT OF REASONS as to Mario Rudolfo Contreras-Palacios (O'Leary, Dennis) (Entered: 10/12/2005) |