# United States Court of Appeals
## For the First Circuit

No. 05-2848

UNITED STATES OF AMERICA,

Appellee,

v.

MARIO CONTRERAS PALACIOS,

Defendant, Appellant.

**JUDGMENT**

Entered: June 28, 2007

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The conviction and sentence of Mario Contreras Palacios are affirmed.

By the Court:
Richard Cushing Donovan, Clerk

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

MARGARET CARTER

Deputy Clerk

By: Margaret H. Carter, Chief Deputy Clerk

Date: 7/19/07

[cc: Ms. Kelly, Mr. Moore, & Ms. Chaitowitz.]